# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ESTATE OF BERNICE GOLDBERG,** | : | |
| by the Executor **GARY GOLDBERG,** | : | |
| Plaintiff, | : | **CIVIL ACTION** |
| | : | |
| v. | : | **No. 14-980** |
| | : | |
| **PHILIP NIMOITYN, M.D., et al.,** | : | |
| Defendants. | : | |

## ORDER

This 17th day of June, 2016, upon review of Defendants' Motion for Summary Judgment and Plaintiff's Response thereto, it is hereby **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The global Motion for Summary Judgment on the basis of Plaintiff's expert's qualifications is **DENIED**;

2. The Partial Motion for Summary Judgment is **GRANTED** and summary judgment is entered in favor of Defendants as to Plaintiff's claims against Defendant Thomas Jefferson University Hospital for direct or corporate negligence and conspiracy; and

3. The Partial Motion for Summary Judgment is **GRANTED** and summary judgment is entered in favor of Defendants as to Plaintiff's claims for punitive damages.

    /s/ Gerald Austin McHugh
United States District Court Judge