IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ESTATE OF BERNICE GOLDBERG, | : | |
| by the Executor GARY GOLDBERG | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 14-980 |
| v. | : | |
| | : | |
| PHILIP NIMOITYN, M.D. et al., | : | |
| Defendants. | : | |

## ORDER

This 10th day of August, 2017, upon consideration of Plaintiff's Motion for a New Trial, Defendants' Responses thereto, and Plaintiff's Reply, it is hereby **ORDERED** that Plaintiff's Motion (Dkts. 84 and 90) is **DENIED**.

It is **FURTHER ORDERED** that Judgment shall be entered in favor of Defendants and against the Estate of Bernice Goldberg.

The Clerk shall mark this case closed for statistical purposes.

                                                      /s/ Gerald Austin McHugh
                                                United States District Judge